THE STATE OF OHIO, APPELLANT, *v.* TROIANO, APPELLEE.

[Cite as *State v. Troiano,* 130 Ohio St.3d 316, 2011-Ohio-5217.]

(No. 2010–1707—Submitted October 5, 2011—Decided October 13, 2011.)

{¶ 1} The judgment of the court of appeals is reversed and the cause is remanded for application of *State v. Barker,* 129 Ohio St.3d 472, 2011-Ohio-4130, 953 N.E.2d 826.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

Ronald O'Brien, Franklin County Prosecuting Attorney, and Steven L. Taylor, Assistant Prosecuting Attorney, for appellant.

Yeura R. Venters, Franklin County Public Defender, and John W. Keeling, Assistant Public Defender, for appellee.